**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Ohio Edison Company, *et al*. | ) |
| | ) |
| Plaintiffs, | ) CASE NO.: 17-cv-00746 |
| | ) |
| vs. | ) |
| | ) |
| Direct Energy Business, LLC, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please take notice that Attorney P. Nikhil Rao of FirstEnergy Service Company, 76 South Main Street, Akron, Ohio 44308, hereby enters an appearance in the above-captioned case on behalf of Plaintiffs Ohio Edison Company and The Cleveland Electric Illuminating Company.

Respectfully submitted,

*/s/ P. Nikhil Rao*
P. Nikhil Rao (0087476)
FirstEnergy Service Company
76 South Main Street
Akron, Ohio 44308
Telephone: (330) 384-2422
pnrao@firstenergycorp.com

{04292018.DOC;2}  1

        James F. Lang (0059668)
        Mark T. Keaney (0095318)
        CALFEE, HALTER & GRISWOLD LLP
        The Calfee Building
        1405 East Sixth Street
        Cleveland, OH 44114
        (216) 622-8200
        (216) 241-0816 (fax)
        jlang@calfee.com
        mkeaney@calfee.com

*Attorney for Plaintiffs Ohio Edison Company and*
*The Cleveland Electric Illuminating Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 26, 2017, a copy of the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

               */s/ Mark T. Keaney*
               *Attorney for Plaintiffs Ohio Edison Company and The Cleveland Electric Illuminating Company*