AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Ohio Edison Company & The Cleveland Electric Illuminating Company <br> *Plaintiff* <br> v. <br> Direct Energy Business, LLC <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 5:17-cv-00746 <br> Judge Solomon Oliver, Jr <br> Magistrate Judge Thomas M. Parker |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Direct Energy Business, LLC
12 Greenway Plaza, Suite 250
Houston, Texas 77046

Registered Agent: CORPORATE CREATIONS NETWORK INC.
2425 W LOOP SOUTH #200 HOUSTON, TX 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James F. Lang
Mark T. Keaney
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 04/10/2017

s/Jelena Topalovic
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00746

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DIRECT Energy Business LLC By Delivering To Corporate Creation Network INC., Registered Agent.
was received by me on *(date)* April 19 2017 @ 8pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ANNETTE Nichols, who is designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc, on *(date)* April 21, 2017 @ 1805p ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/24/17

*Server's signature*

MARCOS LARRIZABAL Private Process Server
*Printed name and title* SCH 768 Exp 7/31/17

2626 S Loop W #610 Houston, TX 77054
*Server's address*

Additional information regarding attempted service, etc:

